No. 97–9340.   HAWKINS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 97–9342.   HART v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir.   Certiorari denied.

No. 97–9344.   DAVIS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 97–9345.   FRETWELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 97–9347.   GHOLSTON v. HOOKS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 97–9348.   SMITH v. TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 97–9349.   ROBINSON v. RATNARAJAH ET AL.   C. A. 5th Cir. Certiorari denied.

No. 97–9350.   SAMMONS v. NELSON, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 97–9351.   SATTERWHITE v. SMALL ET AL.   C. A. 5th Cir. Certiorari denied.

No. 97–9353.   MCCOY v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 97–9354.   BOYD v. TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 97–9355.   COBBS v. UNITED STATES;
No. 97–9369.   LATSON v. UNITED STATES; and
No. 97–9562.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Reported below: 139 F. 3d 896.

No. 97–9356.   CALLAWAY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 97–9357.   COLEMAN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 97–9359.   BREECH v. ALABAMA POWER CO. ET AL.   C. A. 11th Cir.   Certiorari denied.